

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION

Cause number:      01-18-00913-CV

Style:      Jim Kelly, Karl Baldwin, and Wood Master Homes v. Karen Tracy

Date motion filed*:      August 15, 2019

Type of motion:      First Amended Motion for Extension of Time to File Appellee's Brief

Party filing motion:      Appellee's counsel E. F. Mano DeAyala

Document to be filed:      Appellee's Brief

Is appeal accelerated?      No.

If motion to extend time:

      Original due date:      May 17, 2019

      Number of extensions granted:      2      Current Due Date:  August 15, 2019

      Date Requested:      September 15, 2019 (121 days from original due date)

Ordered that motion is:

      ☒ Granted

            If document is to be filed, document due:  September 16, 2019.

            ☑      No further extensions of time will be granted absent extraordinary circumstances.

      ☐ Denied

      ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

      ☒ Other: _Although this is appellee's third extension request, it is the first request made after appellee's sister has retained counsel to assist with probate of appellee's estate, which is required before appellee's counsel may represent her estate by filing a brief. Accordingly, appellee's third motion for an extension of time to file her brief is **granted until September 16, 2019**, but counsel is warned that no further extensions will be granted absent extraordinary circumstances._____

Judge's signature: ___/s/ Laura C. Higley_____
                    ☑ Acting individually      ☐ Acting for the Court

Date: __August 20, 2019___